

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER ON MOTION FOR EN BANC RECONSIDERATION

Appellate case name:      Ex parte Matthew James Leachman

Appellate case numbers:  01-20-00841-CR, 01-20-00842-CR, 01-20-00843-CR

Trial court case numbers: 1694181, 1694180, 1694182

Trial court:               248th District Court of Harris County

Date motion filed:         November 29, 2021

Party filing motion:       Appellant


It is ordered that the motion for en banc reconsideration is **denied**. *See* TEX. R. APP. P. 49.7.


Judge's signature: /s/ Veronica Rivas-Molloy
                              Acting for the Court

En banc Court consists of: Chief Justice Radack and Justices Kelly, Goodman, Landau, Hightower, Countiss, Rivas-Molloy, Guerra, and Farris.


Date: January 4, 2022